UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ANGEL BENITZ, an individual,

**00-7001**

Plaintiff,

CASE NO.:

vs.

**CIV - DIMITROULEAS**

COLDATA, INC., a Florida corporation,

Defendant.

**MAGISTRATE JUDGE JOHNSON**

_____/

## COMPLAINT

Plaintiff, Angel Benitz, an individual, sues Defendant, Coldata, Inc., a Florida corporation, and alleges:

### INTRODUCTION

1.  This is an action for violation of 15 U.S.C. Section 1601, *et sequi*, known more commonly as the "Federal Fair Debt Collection Practices Act" ("FDCPA").

2.  Jurisdiction of this court arises under 15 U.S.C. Section 1692K9d) and 28 U.S.C. Section 1331. Declaratory relief is available pursuant to 28 U.S.C. Sections 2201 and 2202.

### ALLEGATIONS AS TO PARTIES

3.  Plaintiff, Angel Benitz ("Benitz"), is *sui juris* and a resident of Broward County, Florida.

4.  Defendant, Coldata, Inc. ("Coldata"), is a Florida corporation doing business in Broward County, Florida.

### FACTUAL ALLEGATIONS

5.  In the late 1980's, Benitz opened a revolving line of credit ("Account") with an



unknown banking institution, the name of which Benitz does not recall as a result of the passage of time.

6.   Benitz does not have in his possession, custody and/or control any documentation relevant to the Account.

7.   Benitz has not used the Account or paid any money on same since shortly after opening same.

8.   At some time in the last several years, the Account was sold by the original account holder to an unknown party for unknown consideration.

9.   At all times material hereto, Coldata was in the business of collecting consumer debts from the public at large, including Benitz.

10.   By information and belief, the Account was purchased by Coldata as part of a business plan by Coldata to acquire consumer accounts for which the applicable statute of limitations has expired for a small fraction of the outstanding principal and interest due on said consumer accounts.

11.   Coldata acquired the Account with the knowledge that the Account was a consumer debt which was unenforceable as a result of the expiration of the applicable statute of limitations.

12.   On or about July 23, 1999, Coldata notified Benitz in writing concerning the Account that "our client has retained our collection services to perform and audit of your account" ("Collection Notice").

13.   A true and correct copy of the Collection Notice is attached hereto and incorporated herein by reference as Exhibit "A".

14.   The Collection Notice is false and misleading in the following respects:

A.  The Collection Notice creates an impression that the Account is an enforceable obligation and that Benitz as a consumer may be subject to legal action in the event Benitz fails to pay same; and

B.  That Coldata has been retained to "perform an audit" of the Account when in fact Coldata either owned the Account or, alternatively, was retained for the purpose of attempting to collect monies under the Account;

C.  That Coldata had "instructions … to proceed with what ever further collection activity may be required to satisfy this obligation", when in fact Coldata had received no instructions with respect to further collection activity as a result of the expiration of the applicable statute of limitations.

15.  Subsequent to the receipt of the Collection Notice, on or about August 17, 1999, Benitz requested in writing verification of the Account, in particular the name and address of the original creditor to whom Benitz allegedly owed money ("Verification Request").

16.  A true and correct copy of the Verification Request and the certified mail receipt demonstrating receipt of the Verification Request is attached hereto and incorporated herein by reference as Exhibit "B".

17.  Subsequent to the receipt of the Verification Request by Coldata, Coldata continued to communicate both via telephone and in writing to Benitz at Benitz' place of residence in an attempt to collect the Account.

18.  On or about August 25, 1999, Coldata transmitted a letter to Benitz which purports to provide for a repayment plan for the Account ("Repayment Notice").

19.  A true and correct copy of the Repayment Notice is attached hereto and incorporated herein by reference as Exhibit "C".

20. The Repayment Notice is false and misleading in that the Repayment Notice creates the impression that Benitz had agreed to "partial payments pursuant to a specific repayment schedule" when in fact Benitz had not in any way agreed to repay any monies purportedly owed under the Account.

21. At all times material hereto, Benitz was a "consumer" as said term is defined under 15 U.S.C. Section 1692a(3).

22. At all times material hereto, the Account was a "debt" as said term is defined under 15 U.S.C. Section 1692a(5).

23. At all times material hereto, Coldata was a "debt collector" as said term is defined under 15 U.S.C. Section 1692a(6).

24. As more particularly described above, Coldata, through its agents, representatives and/or employees, acting within the scope of their authority, has violated the FDCPA in that Coldata has:

(a) made a false representation as to the character, amount or legal status of any debt in contravention of 15 U.S.C. Section 1692e and f;

(b) attempted to collect a time-barred debt in violation of 15 U.S.C. Section 1692e(2)(A), (5), (10) and f(1);

(c) failed to adequately provide a validation notice in violation of 15 U.S.C. Section 1692g(a);

(d) used false representations or deceptive means to collect or attempt to collect a debt in violation of 15 U.S.C. Section 1692e(10); and

(e) refused to cease collection of the purported debt upon receipt of the Verification Request in violation of 15 U.S.C. Section 1692g(b).

25. As a direct and proximate result of the violation of the FDCPA by Coldata, Benitz has been damaged.

26. Pursuant to Section 813(a) of the FDCPA, Benitz is entitled to recover actual damages or One Thousand Dollars ($1,000.00), whichever is greater, together with court costs and reasonable attorney's fees.

27. Benitz has retained the undersigned law office to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Angel Benitz, an individual, demands judgment against Defendant, Coldata, Inc., a Florida corporation, for:

A. Declaratory judgment that Defendant's practices violated the Federal Fair Debt Collection Practices Act;

B. Actual and statutory damages pursuant to 15 U.S.C. Section 1692k;

C. Court costs and attorney's fees pursuant to 15 U.S.C. Section 1692k; and

D. Such other and further relief as this Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff, Angel Benitz, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a trial by jury of all issues so triable.

Robert W. Murphy  
Florida Bar No. 71/7223  
420 N.E. 3rd Street  
Ft. Lauderdale, FL 33301  
(954) 763-8660  
(954) 523-3240 telecopier

DATE: JUL 23, 1999    ACCT# 09N462801    1-800-701-2363

# Executive Office

COLDATA, INC.
COLLECTION COMPANIES

*A message from*   REGIONAL MANAGER

OUR CLIENT HAS RETAINED OUR COLLECTION SERVICES TO
PERFORM AN AUDIT OF YOUR ACCOUNT.

IN FAIRNESS TO YOU, IF YOU FEEL YOU HAVE A VALID
REASON FOR WITHHOLDING PAYMENT, WE ASK YOU TO FURNISH US
WITH A DETAILED EXPLANATION TO ASSIST OUR CLIENT IN
CORRECTING YOUR CREDIT RECORD WITH THEM. HOWEVER, IF WE DO
NOT HEAR FROM YOU, OUR INSTRUCTIONS ARE TO PROCEED WITH
WHATEVER FURTHER COLLECTION ACTIVITY MAY BE REQUIRED TO
SATISFY THIS OBLIGATION.

IT ONLY TAKES ONE PHONE CALL TO SETTLE THIS MATTER.
OUR TOLL FREE NUMBER IS (800) 701-2363 IF YOU WOULD RATHER
RESPOND IN WRITING, PLEASE COMPLETE THE INFORMATION BELOW.

( ) PAYMENT IN FULL IS ENCLOSED.
( ) PLEASE CHARGE MY VISA/MASTER CARD FOR $_____.
    VISA/MC# _____ EXP. DATE _____.
( ) PLEASE CALL ME TO DISCUSS AN ACCEPTABLE REPAYMENT
    PROGRAM.
    MY HOME TELEPHONE NUMBER IS (   ) _____-_____.
    MY BUSINESS TELEPHONE NO. IS (   ) _____-_____.
( ) ATTORNEY NAME AND TEL. # _____.

BANKRUPTCY INFORMATION:
CASE# _____ DATE OF DISCHARGE _____ CHAPTER __

"THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE". THIS IS A
COMMUNICATION FROM A DEBT COLLECTOR.

------------> SEE REVERSE SIDE <-----------
* FOR IMPORTANT NOTICE AFFECTING YOUR RIGHTS *

---

**Delinquency**    ☝ Please Detach ☝    **Response**

RE: NORWEST, AS TRUSTEE/CFS
    Associates National

ACCT# 09N462801

COLDATA, INC.
P.O. BOX 711474
CINCINNATI OH 45271-1474

ANGEL BENITZ
937 SW 117TH WAY
FORT LAUDERDA FL 33325

PRINCIPAL:  $1,322.50
INTEREST:      244.78
BALANCE:   $1,567.28

EXHIBIT A-__

August 17, 1999

By Certified Mail
Coldata, Inc.
PO Box 711474
Cincinnati, OH 45271-1474

My Account - 09N462801

Dear Sir,

I received your letter of July 23, 1999, about money that I supposely owe some company named Norwest as Trustee. The account number given is 09N462801. I do not believe I owe any money to any one.

Please send me verifcation of this debt and obtain a copy of any judgement. I also would like to be given the name and address of the original person or company I owed money to.

I hope you understand this letter. Please send the above information to me at my address: 937 SW 117th Way, Ft. Lauderdale, Florida 33325.

Thank you.

Z 425 204 135

US Postal Service
**Receipt for Certified Mail**

Angel Benitz

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b
- Print your name and address on the reverse of this form so that we can return this card to you
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number
- The Return Receipt will show to whom, the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:
Coldata, Inc.
P.O. Box 711474
Cincinnati, OH 45271-1474

4a. Article Number
Z 425 204 135

4b. Service Type
☐ Registered  ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

6. Signature *(Addressee or Agent)*
CS

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form **3811**, December 1994    102595-99-B-0223   Domestic Return Receipt

EXHIBIT B

DATE: AUG 25, 1999

**COLDATA**

1-800-701-2363

ONE OF THE COLDATA COLLECTION COMPANIES

C O L D A T A,  I N C.
P.O. BOX 711474
CINCINNATI OH 45271-1474

ACCT# 09N462801

ANGEL BENITZ
937 SW 117TH WAY
FT LAUDERDALE FL 33325-395437

BALANCE DUE:   $1,567.28
DUE DATE:      08/30/99
INITIAL PAYMENT:   $75.00
MONTHLY PAYMENT:   $75.00

RE: NORWEST, AS TRUSTEE/CFS
    Associates National

　　　THIS LETTER WILL CONFIRM OUR UNDERSTANDING WHEREIN
WE HAVE AGREED TO ACCEPT PARTIAL PAYMENTS PURSUANT TO A
SPECIFIC REPAYMENT SCHEDULE.

　　　WE URGE YOU TO COMPLY WITH THE TERMS OF THIS
AGREEMENT AND REMIT PAYMENT IN THE AMOUNT STATED ABOVE
ON OR BEFORE EACH PAYMENT DUE DATE.

　　　TO INSURE PROPER PLACEMENT OF YOUR CHECK, PLEASE
RETURN THIS CORRESPONDENCE IN THE SELF-ADDRESSED
ENVELOPE.

"THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION
 OBTAINED WILL BE USED FOR THAT PURPOSE".  THIS
 COMMUNICATION IS FROM A DEBT COLLECTOR.

EXHIBIT C -___

# CIVIL COVER SHEET

00-6001

CIV - DIMITROULEAS

MAGISTRATE JUDGE
JOHNSON

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
Angel Benitz

## DEFENDANTS
Coldata, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Hillsborough
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A-NORTH-7001-WPD/LRT

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Robert W. Murphy, Esquire
420 NE 3rd Street
Ft. Lauderdale, FL 33301 (954)763-8660

**ATTORNEYS (IF KNOWN)**
Unknown

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION
- [X] 3. Federal Question (U S Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Case Only)

## IV. CAUSE OF ACTION
15 USC Section 1692 k(d), Fair Debt Collection Practices Act

**IVa.** 2 days estimated (for both sides) to try entire case

## V. NATURE OF SUIT
- [X] 450 Commerce/ICC Rates/etc. B

## VI. ORIGIN
- [X] 1. Original Proceeding

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: [X] YES  [ ] NO

## VIII. RELATED CASE(S) IF ANY

**DATE** 7/16/00

**SIGNATURE OF ATTORNEY OF RECORD**

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 519969
Date Paid: 7/18/00
Amount: 150.00
M/ifp: _____